1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com
2  SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
   PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
3  DarrasLaw
4  3257 East Guasti Road, Suite 300
5  Ontario, California 91761-1227
   Telephone:   (909) 390-3770
6  Facsimile:   (909) 974-2121
7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA TANNER,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: 2:21-cv-05801 MCS (GJSx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>**Scheduling Conference**<br>**Date:**      11/29/2021<br>Time:       10:00 a.m.<br>Place:      Courtroom 7C<br><br>Date Action Filed: July 19, 2021 |

TO THE COURT AND ALL INTERESTED PARTIES:

  PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

  Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated:  November 23, 2021        DARRASLAW

                                  _/s/ Phillip S. Bather_
                                  PHILLIP S. BATHER
                                  Attorneys for Plaintiff