Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA TANNER,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendant. | Case No. 2:21-cv-05801 MCS (GJSx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  July 19, 2021 |

IT IS HEREBY STIPULATED by and between Plaintiff ALICIA TANNER and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

///

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

178149.1

1

Case No.  2:21-cv-05801 MCS (GJSx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

1    **IT IS SO STIPULATED.**

2

3    Dated:   December 16, 2021                Frank N. Darras
                                               Susan B. Grabarsky
4                                              Phillip S. Bather
                                               DARRAS LAW
5

6                                              By:  _/s/ Phillip S. Bather_____
7                                                  Phillip S. Bather
                                                   Attorneys for Plaintiff
8                                                  ALICIA TANNER

9

10

11   Dated:  December 16, 2021                 Nicole Y. Blohm
                                               Grant E. Ingram
12                                             MESERVE, MUMPER & HUGHES LLP

13

14                                             By:  _/s/ Grant E. Ingram_____
15                                                 Grant E. Ingram
                                                   Attorneys for Defendant
16                                                 LIFE INSURANCE COMPANY
                                                   OF NORTH AMERICA

17

18

19

20             **<u>Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)</u>**

21        The filing attorney attests that he has obtained concurrence regarding the filing

22   of this document and its content from the signatories to this document.

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

178149.1

2

Case No.  2:21-cv-05801 MCS (GJSx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE